Greenlee v. M'Coy.

---

JOHN GREENLEE v. ELISHA M'COY.

WRIT OF ERROR: NONSUIT.—This court will not entertain a writ of error, to review the action of the Circuit Court in excluding evidence offered on behalf of the plaintiff, if upon such exclusion, he suffer a voluntary nonsuit; he should have permitted a verdict and final judgment to have been entered against him.

IN error to the Circuit Court of Kemper county. Hon. John Watts, judge.

*Freeman* and *Dixon*, for plaintiff in error.

*T. Reaves* and *J. S. Harmer*, contrà.

SMITH, C. J., delivered the opinion of the court.

This was an ejectment, tried in the Circuit Court of Kemper.

On the trial, the plaintiff offered in evidence a deed executed by the tax collector, by which the land in controversy was conveyed to the plaintiff. This deed, upon objection being made by the

defendant, was ruled out; whereupon the plaintiff took a nonsuit. The entry is as follows: " And now at this day, to wit, &c., came the parties by their attorneys, and the cause being submitted to a jury of good and lawful men, being freeholders of the county of Kemper, to wit, &c., well and truly to try the issue joined between the parties, thereupon the plaintiff by attorney enters a nonsuit herein."

If the deed was the foundation or sole evidence of plaintiff's title to the land, it is certain that he could not have recovered after its exclusion from the jury. But if he desired to have the question of the validity of his title decided by the Appellate Court, he should, after excepting to the ruling of the Circuit Court, have left the jury to return their verdict for the defendant. As he did not, but entered a nonsuit in the cause, he is certainly not entitled to have the preceding action of the court reviewed.

Let the writ of error be dismissed.